UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMANUEL SHAWN COATES, #155262,

        Plaintiff,

v.                                                          CASE NO. 2:11-CV-11078
                                                         HONORABLE ARTHUR J. TARNOW

BARBARA S. SAMPSON, et al.,

        Defendants.
_____/

**OPINION AND ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW AND DISMISSING WITHOUT PREJUDICE HIS COMPLAINT AND HIS APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS**

      Michigan prisoner Emanuel Shawn Coates ("Plaintiff") has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 raising claims concerning his parole consideration, compliance with state parole procedures, and retaliation. Plaintiff names three members of the Michigan Parole Board as defendants and sues them in their official and individual capacities. He seeks injunctive relief and monetary damages. Plaintiff has also filed an application to proceed without prepayment of fees and costs for this action. This matter is before the Court on Plaintiff's motion to withdraw his pleadings.

      In support of his request, Plaintiff states that he submitted his complaint and application to proceed without prepayment of fees and costs in error and seeks to voluntarily withdraw his pleadings. Having considered the matter, the Court finds no reason why Plaintiff's request should not be granted. Accordingly, the Court **GRANTS** his request to voluntarily withdraw his pleadings and **DISMISSES WITHOUT PREJUDICE** the complaint and the application to

1

proceed without prepayment of fees and costs. This case is closed.

**IT IS SO ORDERED**.

          S/Arthur J. Tarnow
          Arthur J. Tarnow
          United States District Judge

Dated: March 31, 2011

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 31, 2011, by electronic and/or ordinary mail.

          S/Catherine A. Pickles
          Judicial Secretary